IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STAROSTKA GROUP UNLIMITED, INC.; STROBEL GROUP UNLIMITED, INC.; and BEATRICE CONCRETE COMPANY, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3203 |
| v. | ) ) | |
| ADVANCED CONSULTING ENGINEERING SERVICES, INC.; ALTRA NEBRASKA, LLC; AQUA PLUMBING & HEATING; BRATNEY COMPANIES; DARLAND CONSTRUCTION COMPANY; DCR CONSTRUCTION, INC.; DELTA-T CORPORATION; F.E. MORAN INC. SPECIAL HAZARD SYSTEMS; FOURTH THIRD LLC; GEMMA POWER SYSTEMS, LLC; HARRINGTON PROPERTIES, INC.; IDC ARCHITECTS; INTERSTATES ENGINEERING INC.; JA-CON MAT, INC.; KAYL HEATING & AIR, INC.; KOCH-GLITSCH, LP; PROTECH GLOBAL, LLC; RAILWORKS TRACK SYSTEMS, INC.; and TERRACON CONSULTANTS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 3) filed by defendant Altra Nebraska, LLC,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 14th day of October, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge